

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2018

No. 04-18-00717-CV

**IN THE INTEREST OF J.B.M., L.P.B., B.C.B., G.L.B. II, AND G.G.B.**, Children,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-01298
Honorable Dick Alcala, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file appellant's brief is GRANTED. Appellant's brief is due on **December 7, 2018.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court